# Third Motion For Extention of Time To File Pro Se Supplement Brief

FILED
JUL 21 2016
MICHAEL GANS
CLERK OF COURT

The Appellant, Julian Rivera, States for this Motion as follows:

The filling due date of the pro se supplemental brief is Monday, August 8, 2016. This is my Third request for an extension. I am in need of more time for I am currently housed at the County jail and the facility does not provide me with a library to research issues on my appeal. I understand the appeal counsel has forwarded me documents meaning to help me but in reality they were just random documents of different cases none of which too Similar to be helpful to me you have to understand that I am still as before in a unfair Situation as well as environment. I am in need of a facility where I can do my own research on cases and issues, only problem is my court day for state got pushed to Oct. 17 preventing me from leaving to another facility. My court day got pushed for a good cause though being that I have yet to recieve a Mental Evaluation. The Mental Evaluation is a benefit of itself if it turned out to say something is wrong with me so wouldn't waiting intill I recieved one be worth waiting for in a appeal? I need more time for more then one good cause so please accept my request for a Third Extension

By: Julian Rivera

RECEIVED
JUL 21 2016
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

Appellate Case: 16-1893    Page: 1    Date Filed: 07/21/2016 Entry ID: 4432015